FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 7 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 25-4146 MIS |
| ) | |
| vs. ) | Count 1: 18 U.S.C. § 1512(k): Conspiracy |
| ) | to Tamper with Evidence; |
| NANCY ANN CANO and ) | |
| JOSE LUIS CANO, a.k.a. Joel Cano, ) | Count 2: 18 U.S.C. § 1512(c)(1): |
| ) | Tampering with Evidence. |
| Defendants. ) | |

INDICTMENT

The Grand Jury charges:

Count 1

From on or about March 3, 2025, and continuing to on or about April 20, 2025, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendants, **NANCY ANN CANO and JOSE LUIS CANO, a.k.a. Joel Cano**, knowingly and intentionally combined, conspired, confederated, agreed, and acted interdependently with each other and with other persons known and unknown to the Grand Jury to corruptly destroy, alter, and conceal a record, document, and other object with the intent to impair its integrity and availability for use in, and otherwise obstruct, influence, and impede, an official proceeding.

In violation of 18 U.S.C. § 1512(k).

Count 2

On a date on or between March 3, 2025, and April 20, 2025, in Doña Ana County, in the District of New Mexico, the defendant, **JOSE LUIS CANO, a.k.a. Joel Cano**, corruptly altered, destroyed, altered, and concealed a record, document, and other object, specifically, a cellular

phone, and attempted to do so, with the intent to impair its integrity and availability for use in an official proceeding.

In violation of 18 U.S.C. § 1512(c)(1).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

[signature]
Assistant United States Attorney