# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **VS.** § | **CAUSE NO.: 25-CR-4146-MIS** |
| § | |
| **NANCY ANN CANO and** § | |
| **JOSE LUIS CANO.** | |

## ORDER CONTINUING JURY TRIAL SETTING

    This matter is before the Court on Defendant's Unopposed Motion to Continue Trial Setting. The Court having reviewed Defendants' motion, having been advised that the Defendant has personally requested the continuance sought in the motion and that Assistant U.S. Attorney, Maria Armijo and Randy Castellano, does not oppose this motion, and; further, the motion by Defendant having been filed in accordance with the provisions of 18 USC § 3161 (h)(7)(A) and it appearing that the ends of justice served by allowing this continuance outweigh the best interest of the public and the Defendant in a speedy trial; the Court thus being fully advised in the premises finds that Defendant's motion is well-taken and should be granted.

    The Court having considered the motion and subsequent to any hearing to determine the appropriate length of time to continue the trial, being fully advised in the premises and in light of the holding in <u>United States v. Toombs</u>, 574 F.3d 1262 (2009), finds that Defendant has by his motion, created a sufficient record to justify granting the motion to continue. See id., 574 F.3d at 1271 (requiring that the record on a motion to continue "contain an explanation of why the mere occurrence of the event identified by the party as necessitating the continuance results in the need for additional time").

IT IS HEREBY ORDERED that Defendant's Motion be granted and the current jury trial setting is continued to **May 26, 2026 at 9:00 am on a trailing docket** ; and that pursuant to 18 U.S.C.

§ 3161(h)(7)(A), the delay resulting from the continuance shall be excluded for purposes of the Speedy Trial Act.  A status hearing will be set to schedule firm trial date.

*Margaret Strickland*
Margaret Strickland
UNITED STATES DISTRICT JUDGE